# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA BANK AND TRUST; JP MORGAN CHASE BANK, N.A., a National Banking Association;<br><br>Defendant. | Case No. 8:17-cv-00991-JLS-KESx<br><br>**JUDGMENT** |

Pursuant to the Court's August 1, 2018 Order granting Defendant California Bank & Trust's Motion for Summary Judgment, denying Plaintiff Navigators Specialty Insurance Company's Motion for Summary Judgment, and denying as moot Defendant California Bank & Trust's Motion for Leave to File Amended Answer (ECF No. 62), the Court hereby ENTERS judgment in favor of Defendant California Bank & Trust and against Plaintiff Navigators Specialty Insurance Company on all claims. Defendant California Bank & Trust shall recover its costs

[

incurred herein.

Dated: August 14, 2018

_____
UNITED STATES DISTRICT JUDGE