# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA BANK AND TRUST; JP MORGAN CHASE BANK, N.A., a National Banking Association;<br><br>    Defendants. | Case No. 8:17-cv-00991-JLS-KESx<br><br>**JUDGMENT** |

Pursuant to the Court's September 27, 2021 Order granting Defendant California Bank & Trust's Motion for Summary Judgment (Doc. 109) and denying Plaintiff Navigators Specialty Insurance Company's Motion for Summary Judgment (Doc. 112), the Court hereby ENTERS judgment in favor of Defendant California Bank & Trust and against Plaintiff Navigators Specialty Insurance Company on all claims. Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rules 54-2 and 54-3, Defendant California Bank & Trust shall recover its costs incurred herein.

Dated: October 01, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE